

ORIGINAL

FILED

06/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0198

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0198

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

RONALD DWAYNE GLICK,

   Defendant and Appellant.

FILED

JUN 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11-13 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's brief filed on June 23, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Most important, M. R. App. P. 10(2) requires that all briefs in criminal cases appealed by the defendant shall be served on both the County Attorney and the Attorney General. The certificate of service on the Appellant's Brief indicates that it was served only on the Flathead County Attorney, not upon the Attorney General. The Court will accept Appellant's brief for filing after it has been served upon the Attorney General.

Additionally, M. R. App. P. 13(2) requires a signed original and nine copies of each brief shall be filed with the Clerk of the Supreme Court. Appellant filed no copies of his brief.

Therefore,

IT IS ORDERED that Appellant shall, within ten (10) days, serve a copy of Appellant's brief on the Attorney General of the State of Montana and shall file with the Clerk of this Court an amended Certificate of Service indicating such service;

IT IS FURTHER ORDERED that Appellant shall file nine copies of his opening brief within ten (10) days of the date of this Order with the Clerk of this Court;

IT IS FURTHER ORDERED that the Clerk of this Court shall lodge Appellant's opening brief until it receives the amended Certificate of Service and the required copies

of the brief;

IT IS FURTHER ORDERED that if the Clerk of this Court does not receive an amended Certificate of Service within twenty days of the date of this Order, Appellant's opening brief shall be rejected.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 23rd day of June, 2022.

For the Court,

By _____

Justice